UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

PATRICIA WICHMANN and )
RAY WICHMANN, )
 )
    Plaintiffs, )
 )
vs. ) Case No. 4:06CV1457 HEA
 )
THE PROCTOR & GAMBLE )
MANUFACTURING COMPANY, )
et al., )
 )
    Defendants. )

# ORDER

This matter is before the Court on Defendants' Motion to Compel and for an Order Deeming Admitted Matters Contained within Requests Served Pursuant to FRCP 36, [Doc. 42]. Plaintiffs have responded to the Motion.

After consideration of the arguments of all parties,

**IT IS HEREBY ORDERED** that the motion is denied.

**IT IS FURTHER ORDERED** that Plaintiffs are granted up to and including September 15, 2007 to respond to Defendants' outstanding discovery.

**IT IS FURTHER ORDERED** that Defendants request for an Order deeming admitted matters contained within their requests is denied, as moot. Pursuant to Rule 36, those matters are, by operation of law, deemed admitted and

no Court order is required.

Dated this 11th day of September, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE